United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

BSYD Management Corp.,
    Defendant

Adv. Proc. No. 25-01082-SC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BSYD Management Corp., 5308 13th Ave, Brooklyn, NY 11219-5198 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | May 09 2025 00:47:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

**Name**    **Email Address**

Aaron E. De Leest
    on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com
    adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Chad V Haes
    on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: pdf031 | Total Noticed: 2 |

ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Richard A Marshack (TR)

pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

<pre>
D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust
</pre>



**FILED & ENTERED**

**MAY 08 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. No. 8:25-ap-01082-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |
| Plaintiff, | |
| vs. | [STIPULATION – DOCKET NO. 7] |
| BSYD MANAGEMENT CORP., a New York corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court has read and considered the Stipulation to Extend Deadline to Respond to Complaint ("Stipulation") between Plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff") and Defendant, BSYD Management Corp., a New York corporation ("Defendant"), filed on May 7, 2025, as Docket No. 7, and has found good cause to approve the Stipulation.

/ / /

/ / /

4919-1333-8944,v.1

IT IS ORDERED:

1. The deadline for Defendant to file a response to the Complaint is extended to **May 21, 2025**.

2. The Parties shall comply with all applicable federal and local rules.

###

Date: May 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

4919-1333-8944,v.1