Andrew Morton
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 800.634.7734
Email: TeamLPGTrust@Stretto.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter  11 |
| Debtor. | Adv. No.  8:25-ap-01082-SC |
| | CERTIFICATE OF SERVICE |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | |
| Plaintiff, | |
| v. | |
| BSYD MANAGEMENT CORP., a New York corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, Andrew Morton, depose and say that I am employed by Stretto, noticing agent for the Plaintiff in the above-captioned adversary proceeding.

*[Remainder of page intentionally left blank.]*

1

2

On May 12, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

3

- **Notice of Entry of Procedures Order** (Docket No. 9)

4

Dated: May 12, 2025

*/s/ Andrew Morton*

Andrew Morton
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
TeamLPGTrust@stretto.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# **<u>Exhibit A</u>**

CERTIFICATE OF SERVICE



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| BSYD Management Corp. | Attn: General Counsel, or CEO, or Officer, Managing or General Agent, or Any Other Agent Authorized to Receive Service of Process | 5308 13th Ave | | | Brooklyn | NY | 11219-3804 |
| BSYD Management Corp. | c/o Morvillo Abramowitz Grand Iason & Anello, P.C. | Attn: Christopher B. Harwood | 565 Fifth Avenue | | New York | NY | 10017 |