| | |
|---|---|
| 1  D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>2  AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>3  CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>4  MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>5  Irvine, California 92620<br>Telephone: (949) 333-7777<br>6  Facsimile: (949) 333-7778 | **FILED & ENTERED**<br><br>MAY 14 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte       DEPUTY CLERK |

7  Attorneys for Richard A. Marshack,
   Plaintiff and Trustee of the LPG Liquidation Trust

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.  8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No.  8:25-ap-01082-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>BSYD MANAGEMENT CORP., a New York corporation, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | ORDER CONTINUING STATUS CONFERENCE<br><br>Original Status Conference<br>Date:  May 30, 2025<br>Time: 10:00 a.m.<br><br>Continued Status Conference<br>Date:  February 19, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C – In-person<br>          411 W. Fourth Street<br>          Santa Ana, CA 92701 |

As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status conference in the above-entitled matter is continued to February 19, 2026, at 10:00 a.m. The status conference hearing on the summons is vacated.

/ / /

/ / /

1

1     The last day to file a joint status report is February 5, 2026.

2     **IT IS SO ORDERED.**

###

Date: May 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge