Travis Vandell
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 800.634.7734
Email: TeamLPGTrust@Stretto.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter  11 |
| Debtor. | Adv. No.  8:25-ap-01082-SC |
| | NOTICE OF WITHDRAWAL OF DOCKET NO. 11 – CERTIFICATE OF SERVICE |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | [CERTIFICATE OF SERVICE – DOCKET NO. 11] |
| Plaintiff, | |
| v. | |
| BSYD MANAGEMENT CORP., a New York corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANTS, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Stretto, Inc., as noticing agent for the Plaintiff in the above-captioned adversary proceeding, hereby withdraws the *Certificate of Service*, filed on May 12, 2025 at Docket No. 11 (the "Certificate of Service"). The Certificate of Service identified the wrong signatory. The correct Certificate of Service has been re-filed as Docket No. 13.

Dated: May 14, 2025                          */s/ Travis Vandell*
                                             Travis Vandell