United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

BSYD Management Corp.,
    Defendant

Adv. Proc. No. 25-01082-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: May 14, 2025      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + BSYD Management Corp., 5308 13th Ave, Brooklyn, NY 11219-5198 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | May 15 2025 00:47:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |
| op | + Email/Text: cr-info@stretto.com | May 15 2025 00:47:00 | Stretto, Inc., 410 Exchange, Ste. 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Chad V Haes | on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2025 | Form ID: pdf031 | Total Noticed: 3

chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com

D Edward Hays

on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Richard A Marshack (TR)

pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No.  8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No.  8:25-ap-01082-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>BSYD MANAGEMENT CORP., a New York corporation, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | ORDER CONTINUING STATUS CONFERENCE<br><br>Original Status Conference<br>Date:   May 30, 2025<br>Time:  10:00 a.m.<br><br>Continued Status Conference<br>Date:   February 19, 2026<br>Time:  10:00 a.m.<br>Place:  Courtroom 5C – In-person<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status conference in the above-entitled matter is continued to February 19, 2026, at 10:00 a.m. The status conference hearing on the summons is vacated.

/ / /

/ / /

1

1  The last day to file a joint status report is February 5, 2026.

2  **IT IS SO ORDERED.**

3  ###

23  Date: May 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge